United States District Court
Southern District of Texas
**ENTERED**
May 24, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Kayla Schulke, Individually, and on Behalf of Others Similarly Situated, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action H-20-2571 |
| Isbaz Corp., d/b/a Club Prime Time Sports Bar and Grill, Frederick Gerard Roberts d/b/a Primetime G5, | § § § § | |
| Defendants. | § | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR DISTRIBUTION OF COURT-AUTHORIZED NOTICE PURSUANT TO 29 U.S.C. § 216(b)

Upon the parties joint request it is ORDERED:

Notice of this collective action shall be sent to the following individuals:

**All of Defendants' current and former exotic dancers who worked for Defendants at either Club Prime Time Sports Bar and Grill and/or Primetime G5 at any time from July 22, 2017 through the present (the "Class Members").**

The Court approves and adopts Plaintiff's proposed Notice, including the proposed letter notice, email notice, and the text message notice. ECF Nos. 48-1, 48-2, 48-3, 48-4. The court also approves Plaintiff's proposed consent form. ECF No. 48-6. The court further approves Plaintiff's proposed reminder form. ECF No. 48-5.

This schedule of events shall be followed:

1.By June 3, 2022, Defendants shall provide Plaintiff's counsel with a computer-readable data file (such as a Microsoft Excel file) containing the names of all Class Members, their last-known mailing addresses, email addresses, telephone and mobile phone numbers, and the last four digits of their Social Security numbers (the "Class List").

2.Upon receipt of the Class List, Plaintiff's counsel may hire a neutral third-party administrator to issue/facilitate delivery of the Notice if they so choose. Plaintiff's counsel shall pay the costs of the administrator, subject to claiming the costs as a reimbursable litigation expense.

3.By June 24, 2022, the Notice shall be disseminated, either from Plaintiff's counsel directly or by a third-party administrator hired by Plaintiff's counsel, to the Class Members by mail in a single mailing, email, and text message. Plaintiff's counsel may also post a copy of the Notice and Consent form on their websites.

4.Plaintiff's counsel or a third-party administrator hired by Plaintiff's counsel shall facilitate notice through text message to the phone numbers identified in the Class List, as well as to any supplemental/alternate phone numbers identified by Plaintiff's counsel or a third-party administrator through an update or assignment procedure. Plaintiff's counsel or a third-party administrator hired by Plaintiff's

counsel will make diligent and good faith efforts to verify that the phone numbers are assigned to the Class Members in an effort to verify the phone numbers still belong to the identified individuals and to minimize the possibility that text messages are sent to phone numbers that have been re-assigned to unknown persons.

5. By July 22, 2022, Plaintiff's counsel or the third-party administrator hired by Plaintiff's counsel to administer the notice may send a reminder notice to the Class Members who have not yet returned their consent forms.

6. By August 26, 2022, those Class Members who decide to join the collective action shall return their signed consent forms (received or postmarked, or completed via an electronic signature). Class Members may execute/return their consent forms either manually or electronically.

7. By September 16, 2022, Plaintiff's counsel will file any executed consent forms with the Court.

8. By September 30, 2022, the parties shall file a joint proposed scheduling order that will govern the schedule for the remainder of the case.

Signed at Houston, Texas, on May 24, 2022.

_____
Peter Bray
United States Magistrate Judge