United States District Court
Southern District of Texas
**ENTERED**
August 04, 2023
Nathan Ochsner, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| Kayla Schulke, Individually and On Behalf of Others Similarly Situated, *Plaintiffs,* <br><br> v. <br><br> Isbaz Corp., Damon Cobbs[1], and Babatunde Ibrahim, *Defendants.* | § § § § § § § § § § § | Civil Action H-20-2571 |

## FINAL JUDGMENT

Each Plaintiff shall recover from Defendants Isbaz Corp and Babatunde Ibrahim the corresponding amounts listed below:

| Plaintiff | Actual Damages | Liquidated Damages |
|---|---|---|
| Kayla Schulke | $51,392 | $51,392 |
| McKenzie Smith | $252,585.97 | $252,585.97 |
| Gabrielle Alderete | $92,603.50 | $92,603.50 |
| Linda Scott | $106,272 | $106,272 |
| Brittany Taylor | $29,525.38 | $29,525.38 |
| Arianana Ina | $378.75 | $378.75 |
| T'Chaiyenne Deloney-Winded | $35,325.00 | $35,325.00 |
| Shanece Kelsey | $130,971.88 | $130,971.88 |

---

[1] Damon Cobbs has not been served and is not subject to this Final Judgment.

Post-judgment interest at the applicable federal rate.

This is a final judgment.

Signed at Houston, Texas, on August 4, 2023.

_____
Peter Bray
United States Magistrate Judge