United States District Court
Southern District of Texas
**ENTERED**
May 01, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Kayla Schulke, Individually and On Behalf of Others Similarly Situated, *Plaintiffs*, | § § § § § § | |
| v. | § § | Civil Action H-20-2571 |
| Isbaz Corp. et al., *Defendants*. | § § § | |

## ORDER

Pending before the court is Plaintiffs' Application for Turnover After Judgment and Appointing Receiver. ECF No. 112. No response has been filed, so the motion is deemed unopposed. *See* S.D. Tex. L.R. 7.4. A hearing is set on May 14, 2026, at 11:30 am, by video. Counsel for Plaintiffs and Defendants are **ORDERED** to appear. The purpose of the hearing will be to discuss the particulars of the order appointing the receiver, and to determine whether the proposed receiver is qualified to act in that capacity.

**By May 8, 2026**, Plaintiff shall submit to the court the curriculum vitae for the proposed receiver and any other evidence showing that the proposed receiver is qualified for the position.

Signed at Houston, Texas, on May 1, 2026.

_____

Peter Bray
United States Magistrate Judge